**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 06-1845**

————————————

LINDA S. RAYNOR,

                              Plaintiff - Appellant,

        versus

DEPARTMENT OF SOCIAL SERVICES,

                                Defendant - Appellee.

————————————

**No. 06-1847**

————————————

LINDA S. RAYNOR,

                              Plaintiff - Appellant,

        versus

DEPARTMENT OF SOCIAL SERVICES,

                                Defendant - Appellee.

————————————

**No. 06-1848**

————————————

LINDA S. RAYNOR,

                              Plaintiff - Appellant,

        versus

DEPARTMENT OF SOCIAL SERVICES,

                                    Defendant - Appellee.

                         _____

                           **No. 06-1849**

                         _____


LINDA S. RAYNOR,

                                    Plaintiff - Appellant,

        versus


DEPARTMENT OF SOCIAL SERVICES,

                                    Defendant - Appellee.

                         _____

Appeals from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, District Judge. (5:06-cv-00056-sgw; 5:06-cv-00059-sgw; 5:06-cv-00060-sgw; 5:06-cv-00061-sgw)

                         _____

Submitted:  November 15, 2006      Decided: November 17, 2006

                         _____

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

                         _____

Affirmed by unpublished per curiam opinion.

                         _____

Linda S. Raynor, Appellant Pro Se.

                         _____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Linda Raynor appeals the district court's orders dismissing her actions against the Virginia Department of Social Services. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Raynor v. Virginia Dep't of Soc. Serv's, Nos. 5:06-cv-00056-sgw; 5:06-cv-00059-sgw; 5:06-cv-00060-sgw; 5:06-cv-00061-sgw (W.D. Va. filed June 26, 2006 & entered June 27, 2006; filed June 28, 2006 & entered June 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED